| | |
|---|---|
| **THIERMAN BUCK, LLP** | **CITY OF RENO** |
| Mark R. Thierman, Nev. Bar No. 8285 | Reno City Attorney |
| Joshua D. Buck, Nev. Bar No. 12187 | Karl Hall, Nev. Bar No. 23 |
| Leah L. Jones, Nev. Bar No. 13161 | Assistant City Attorney |
| 7287 Lakeside Drive | Jonathan Shipman, Nev. Bar No. 5778 |
| Reno, Nevada 89511 | Deputy City Attorney |
| Tel. (775) 284-1500 | Matthew L. Jensen, Nev. Bar No. 6357 |
| Fax. (775) 703-5027 | Deputy City Attorney |
| mark@thiermanbuck.com | Chandeni K. Sendall, Nev. Bar No. 12750 |
| josh@thiermanbuck.com | Post Office Box 1900 |
| leah@thiermanbuck.com | Reno, NV 89505 |
| | (775) 334-2050 |
| *Attorneys for Plaintiffs* | shipmanj@reno.gov |
| | jensenm@reno.gov |
| | sendallc@reno.gov |
| | |
| | *Attorneys for Defendants* |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 12 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DISCOPOLUS LLC, dba the WILD ORCHID, FANTASY GIRLS, LLC, and DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, DANCER JT, and SPARKLE LEILANI TAYLOR on behalf of herself and all similarly situated erotic dancers<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00574-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiffs DISCOPOLUS LLC, dba the WILD ORCHID, FANTASY GIRLS, LLC, and DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, DANCER JT, and SPARKLE LEILANI TAYLOR ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK,

1   LLP, and Defendants CITY OF RENO and MICHAEL CHAUMP ("Defendants'), by and through
2   their counsel of record, RENO CITY ATTORNEY'S OFFICE, hereby stipulate to a second
3   extension of time, up to and including Monday, February 26, 2018 in which Plaintiffs may file
4   their First Amended Complaint ("FAC").
5       This is the second request for an extension of time to extend the deadline to file the FAC.
6   On December 13, 2017, the Court granted in part and denied in part Defendants' motion to
7   dismiss. (ECF No. 29.) Specifically, the Court denied Defendant's motion as to Plaintiff Taylor's
8   equal protection claim. However, the Court granted Defendant's motion on all other claims with
9   leave to amend the complaint to cure deficiencies noted by the Court. *Id.*
10      On Monday, January 8, 2018, the Parties engaged in settlement negotiations with the
11  Honorable Magistrate Judge Cooke. Although a Settlement was not reached the negotiations
12  were productive and the conference was continued until Friday, February 9, 2018. (ECF No. 36.)
13  The Court also instructed the Parties to file a Stipulation to extend the deadline for Plaintiffs to
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.com

- 2 -
STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT

file the FAC fifteen (15) days after the continued settlement conference or by no later than Monday February 26, 2018. (*Id.*) Accordingly, the Parties file this second request for extension.

Dated: January 11, 2018					Dated: January 11, 2018

THIERMAN BUCK, LLP					CITY OF RENO, ET AL.

/s/ *Leah L. Jones*					/s/ *Jonathan Shipman*
Mark R. Thierman, Esq., Bar No. 8285			*Attorneys for Defendants*
Joshua D. Buck, Esq., Bar No. 12187			Karl Hall, Esq., Bar No. 23
Leah L. Jones, Esq., Bar No. 13161			Jonathan Shipman, Esq., Bar No. 5778
7287 Lakeside Drive					Matthew L. Jensen, Esq., Bar No. 6357
Reno, Nevada 89511					Chandeni K. Sendall, Esq., Bar No. 12750
							Post Office Box 1900
*Attorneys for Plaintiffs*					Reno, Nevada 89505

							*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

DATED this 12th day of January, 2018.

_____
United States Magistrate Judge