**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs*

**CITY OF RENO**
Reno City Attorney
Karl Hall, Nev. Bar No. 23
Assistant City Attorney
Jonathan Shipman, Nev. Bar No. 5778
Deputy City Attorney
Matthew L. Jensen, Nev. Bar No. 6357
Deputy City Attorney
Chandeni K. Sendall, Nev. Bar No. 12750
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
shipmanj@reno.gov
jensenm@reno.gov
sendallc@reno.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DISCOPOLUS LLC, dba the WILD ORCHID, FANTASY GIRLS, LLC, and DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, DANCER JT, and SPARKLE LEILANI TAYLOR on behalf of herself and all similarly situated erotic dancers

     Plaintiffs,

     v.

CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,

     Defendants.

Case No.: 3:17-cv-00574-MMD-VPC

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING THE CITY COUNCIL'S MEETING REGARDING PROPOSED ORDINANCE CHANGES**

**[FIRST REQUEST]**

     Plaintiffs DISCOPOLUS LLC, dba the WILD ORCHID, FANTASY GIRLS, LLC, and DIAMOND DOLLS OF NEVADA, LLC dba the SPICE HOUSE, DANCER JT, and SPARKLE LEILANI TAYLOR ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK,

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt

LLP, and Defendants CITY OF RENO and MICHAEL CHAUMP ("Defendants'), by and through their counsel of record, RENO CITY ATTORNEY'S OFFICE, hereby stipulate to stay all proceedings, including filing a First Amended Complaint, up to and including Monday, April 16, 2018. This is the first request of the parties to stay these proceedings.

On Monday, January 8, 2018, the Parties engaged in settlement negotiations with the Honorable Magistrate Judge Cooke. Although a Settlement was not reached the negotiations were productive and the conference was continued until Friday, February 9, 2018. (ECF No. 36.) On February 9, 2018, an further settlement conference was held with the Honorable Magistrate Judge Cooke. (ECF No. 39.) The conference continued to be productive and significant progress was made towards settling this action and other related cases.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION TO STAY PROCEEDINGS

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.comt

The parties have agreed to stipulate to stay these proceedings until such time as the City Council meets again regarding the amendments to the ordinances affecting this matter, which should be concluded by April 16, 2018.

Dated: February 26, 2018.                    Dated: February 26, 2018.

THIERMAN BUCK, LLP                           CITY OF RENO, ET AL.

/s/ Mark R. Thierman                         /s/ Jonathan Shipman
Mark R. Thierman, Esq., Bar No. 8285         Attorneys for Defendants
Joshua D. Buck, Esq., Bar No. 12187          Karl Hall, Esq., Bar No. 23
Leah L. Jones, Esq., Bar No. 13161           Jonathan Shipman, Esq., Bar No. 5778
7287 Lakeside Drive                          Matthew L. Jensen, Esq., Bar No. 6357
Reno, Nevada 89511                           Chandeni K. Sendall, Esq., Bar No. 12750
                                             Post Office Box 1900
Attorneys for Plaintiffs                     Reno, Nevada 89505

                                             Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED this 27th day of _____ February _____, 2018.

_____
UNITED STATES JUDGE

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt